# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Marvin Watson
Louisiana State Prison DOC No. 759915
17544 Tunica Trace
Angola La 70712

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on November 22, 2023

**REHEARING ACTION: November 22, 2023**

**Docket Number: 23   00018-KA consolidated with 19-KA**

**STATE OF LOUISIANA**
**VERSUS**
**MARVIN WATSON**

**Appealed from Concordia Parish Case No. 19-2158**

**BEFORE JUDGES:**

**Hon. Shannon J. Gremillion**
**Hon. Van H. Kyzar**
**Hon. Sharon Darville Wilson**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Marvin Watson** has this day been

**DENIED.**

cc: Hon. Bradley R. Burget, Counsel for the Appellee
    Joseph Anthony Boothe, Counsel for the Appellee
    Prentice Lang White, Counsel for the Appellant